UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESA MANAGEMENT, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>TIMOTHY KALER,<br><br>                            Defendant. | Case No.: 24-CV-01755-CAB-SBC<br><br>**ORDER**<br><br>[ECF No. 8] |

After the Court ordered remand, [ECF No. 7], Defendant Timothy Kaler filed a motion to stay that order pending appeal. [ECF No. 8.] As noted in the Court's prior order, Defendant Kaler has removed his case three times, has had his case remanded each time, and has attempted two appeals that resulted in dismissals on jurisdictional grounds. *See ESA Mgmt., LLC v. Kaler*, No. 3:23-CV-01324-RBM-MMP, 2023 WL 4932088, at *3 (S.D. Cal. Aug. 2, 2023), *appeal dismissed*, No. 23-55694, 2023 WL 7401409 (9th Cir. Sept. 28, 2023) ("*Kaler I*"); *ESA Mgmt., LLC v. Kaler*, No. 3:24-CV-00175-RBM-MMP, 2024 WL 3542584, at *1 (S.D. Cal. June 5, 2024), *appeal dismissed*, No. 24-3590, 2024 WL 3548314 (9th Cir. June 20, 2024) ("*Kaler II*").

This case has been remanded to the state court pursuant to 28 U.S.C. § 1447(c). As two appellate panels have already confirmed, there is no applicable review exception that allows for any further adjudication of Defendant's case. *See* 28 U.S.C. § 1447(d) (order

remanding a removed action to state court for lack of subject matter jurisdiction pursuant to § 1447(c) "is not reviewable on appeal or otherwise"). The Court lacks jurisdiction over this case and accordingly **DENIES** Defendant's motion for stay. [ECF No. 8.] No further filings will be accepted.

      **IT IS SO ORDERED**.

Dated:  October 22, 2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge